UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **TONIE CHRISTY,** individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:19-cv-00186-MJH |
| Plaintiff, | § § | |
| v. | § § | JURY TRIAL DEMANDED |
| **TDT CONSULTING, LLC,** | § § § | CLASS/COLLECTIVE ACTION |
| Defendant. | § § § | PURSUANT TO 29 U.S.C. § 216(b)/ FED. R. CIV. P. 23 |

### PLAINTIFF TONIE CHRISTY'S MOTION FOR
### ADMISSION *PRO HAC VICE* OF WILLIAM R. LILES

William R. Liles hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Plaintiff Tonie Christy pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). William Liles contact information is as follows:

William R. Liles
Fed Id. 2035571
Texas Bar No. 24083395
JOSEPHSON DUNLAP LAW FIRM
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
Tel: (713) 352-1100
Fax: (713) 352-3300
wliles@mybackwages.com

In support of this motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of William R. Liles filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

*/s/ William R. Liles*
Michael A. Josephson
PA Bar No. 308410
Andrew W. Dunlap
State Bar No. 24078444
*(Admitted Pro Hac Vice)*
William R. Liles
State Bar No. 24083395
*(Pending Pro Hac Vice)*
**JOSEPHSON DUNLAP LAW FIRM**
11 Greenway Plaza, Suite 3050
Houston, Texas 77046
713-352-1100 – Telephone
713-352-3300 – Facsimile
mjosephson@mybackwages.com
adunlap@mybackwages.com
wliles@mybackwages.com

**AND**

Richard J. (Rex) Burch
Texas State Bar No. 24001807
(*Pending Pro Hac Vice*)
**BRUCKNER BURCH, P.L.L.C.**
8 Greenway Plaza, Suite 1500
Houston, Texas 77046
713-877-8788 – Telephone
713-877-8065 – Facsimile
rburch@brucknerburch.com

Joshua P. Geist
PA. I.D. No. 85745
**Goodrich & Geist, P.C.**
3634 California Ave.
Pittsburgh, PA 15212
Tel: 412-766-1455
Fax: 412-766-0300
josh@goodrichandgeist.com

**ATTORNEYS IN CHARGE FOR PLAINTIFF**

## **CERTIFICATE OF SERVICE**

  I hereby certify that the foregoing document was served by ECF electronic filing on all known parties.

               /s/ *William R. Liles*
               William R. Liles