IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| TONI CHRISTY,<br>Individually and on behalf of all others<br>similarly situated,<br><br>V.<br><br><br>TDT CONSULTING, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | CIVIL ACTION NO. 2:19-cv-00186-MJH |

**DEFENDANT TDT CONSULTING, LLC'S MOTION FOR
ADMISSION PRO HAC VICE OF TIMOTHY J. MENDOLIA**

Timothy J. Mendolia hereby moves to be admitted to appear and practice in this Court in the above-captioned matter as counsel pro hac vice for Defendant TDT Consulting, LLC pursuant to Local Rule 83.2 and Local Rule 83.3 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151). Timothy J. Mendolia's contact information is a follows:

> Timothy J. Mendolia
> Texas Bar No. 00791249
> M&P LAW OFFICES
> 6900 E. Interstate 20
> Aledo, Texas 76008
> Tel: (817) 546-4100
> Fax: (817) 546-4104
> tjm@mandplawyers.com

In support of this Motion, the undersigned counsel attaches the Affidavit for Admissions Pro Hac Vice of Timothy J. Mendolia filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rules and Standing Order.

Respectfully submitted,

M&P LAW OFFICES

By: /s/ /Timothy J. Mendolia
    Timothy J. Mendolia\
    Texas Bar No. 00791249
    Email: tjm@mandplawyers.com
    Zachary Q. Pettigrew
    Texas Bar No. 24071255
    Email: zp@mandplawyers.com
    6900 E. Interstate 20
    Aledo, Texas 76008
    Tel. (817) 564-4100
    Fax. (817) 546-4104
    Attorney for Defendant,
    TDT Consulting, LLC

## CERTIFICATE OF SERVICE

I certify that on May 22, 2019 a true and correct copy of the above document was served by ECF electronic filing on all known parties.

/s/ Timothy J. Mendolia
Timothy J. Mendolia

# EXHIBIT A

IN THE UNITED STATES DISTRICT COURT FOR THE
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| TONI CHRISTY,<br>Individually and on behalf of all others<br>similarly situated,<br><br>V.<br><br><br>TDT CONSULTING, LLC,<br>Defendant. | §<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§<br>§ | <br><br><br><br>CIVIL ACTION NO. 2:19-cv-00186-MJH |

### AFFIDAVIT OF TIMOTHY J. MENDOLIA IN SUPPORT OF
### MOTION FOR ADMISSION PRO HAC VICE

I, Timothy J. Mendolia, make this Affidavit in support of the Motion for my admission to appear and practice in this Court in the above-captioned matter as counsel pro hac vice of Defendant TDT Consulting, LLC in the above-captioned matter pursuant to LCvR 83.2 and LCvR 83.3, LCrR 83.2 and this Court's Standing Order Regarding Pro Hac Vice Admissions dated May 31, 2006 (Misc. No. 06-151).

I, Timothy J. Mendolia, being duly sworn, do hereby depose and say as follows:

1. I am a lawyer of the law firm M&P Law Offices.

2. My business address is 6900 E. Interstate 20, Aledo, Texas 76008.

3. I am a member in good standing of the bar of the State of Texas.

4. My bar identification number is 00791249.

5. A current Certificate of Good Standing from the United States District Court of the Northern District of Texas is attached to this Affidavit as Exhibit B.

6. I have not been subject to any discipline by any Court.

7. I attest that I am a registered user of ECF in the United States District Court for the Western District of Pennsylvania.

8. I attest that I have read, know and understand the Local Rules of Court for the United States District Court for the Western District of Pennsylvania.

9. Base upon the foregoing, I respectfully request that I be granted pro hac vice admission in this matter.

I certify and attest that the foregoing statements made by me are true. I am aware that if any of the foregoing statements made by me are false, I am subject to punishment.

Dated: May 22, 2019

_____
Timothy J. Mendolia

# EXHIBIT B

# U.S. District Court
## Northern District of Texas

## CERTIFICATE OF GOOD STANDING

I, Karen Mitchell, Clerk of the U.S. District Court for the Northern District of Texas, certify that the attorney named below is admitted to practice before this court and is currently in good standing:

### Timothy J. Mendolia

Bar Number:                              Date of Admission:

**00791249**                             **03/21/1995**

Witness my official signature and the seal of this court.

Dated: 05/20/2019                        Karen Mitchell,
                                         Clerk of Court

                                         By: s/ B. Gaona
                                             Deputy Clerk

