UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | |
|---|---|
| TONIE CHRISTY, each individually and on behalf of all others similarly situated,<br><br>v.<br><br>TDT CONSULTING, LLC | **Case No: 2:19-cv-00186-MJH**<br><br>Judge Marilyn J. Horan |

## STIPULATED ORDER REQUESTING AN EXTENSION REGARDING SETTLEMENT AND DISMISSAL PAPERS

Defendant TDT Consulting, LLC and Plaintiff Tonie Christy, the Parties in the above-styled cause, jointly file this stipulated order requesting an extension regarding settlement and dismissal papers. The Parties have reached a settlement agreement and are pending final execution by their clients. The Parties jointly request a 7-day extension to file dismissal paperwork in order to execute the agreement.

This matter having come before the Court pursuant to the stipulation of the parties, through their undersigned counsel, and the Court being otherwise fully advised in the premises:

IT IS HEREBY ORDERED that the Parties are granted a 7-day extension to February 7, 2020, to file dismissal paperwork.

IT IS SO ORDERED.

Dated: February 1, 2020

MARILYN J. HORAN
U.S. DISTRICT JUDGE