UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF PENNSYLVANIA
PITTSBURGH DIVISION

| | | |
|---|---|---|
| **TONIE CHRISTY,** individually and on behalf of all others similarly situated, | § § § § | Docket No. 2:19-cv-00186-MJH |
| v. | § § § | |
| **TDT CONSULTING, LLC.** | § § | |

## ORDER GRANTING APPROVAL OF FLSA SETTLEMENT

Before the Court is a Motion to Approve Collective Action Settlement ("Approval Motion") by Plaintiff Tonie Christy. After considering the Approval Motion and the papers in support of the same, the Settlement Agreement and Release (the "Settlement Agreement"), and the arguments of counsel, the Court is of the opinion that the motion to approve the Settlement Agreement is GRANTED. IT IS HEREBY ORDERED as follows:

1. The Court conditionally certifies the 18 person FLSA class for settlement notice purposes, as identified on Exhibit B of the Settlement Agreement.

2. The Court approves the attorney fees and costs requested.

3. The Court finds that the plan for Class Notice (as defined in the Settlement Agreement) is the best notice practicable under the circumstances and satisfies the requirements under the FLSA. The plan is approved and adopted. The Court further finds that the Class Notice complies with Section 216(b) of the FLSA, and is appropriate as part of the plan for issuing notice set forth in the Settlement Agreement as approved and adopted. Class Counsel shall work with the settlement administrator to distribute the Notice.

IT IS SO ORDERED.

DATED: February 7, 2020

_____
UNITED STATES DISTRICT JUDGE

1